MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: William Michael Kindem and Janice Fay Kindem

Chapter 7 Case No. 06-42193

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Advanta Bank Corp.<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | 3 | 716.53 | 1.27 |
| Chase Bank USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | 6 | 540.85 | .96 |
| NSA<br>d/b/a Xcel Energy<br>1518 Chestnut Ave. N.<br>Minneapolis, MN 55403 | 8 | 2,249.29 | 4.00 |

=6.23

Dated: June \_\_2\_\_, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Kindem\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

June 1, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   William Michael Kindem and Janice Fay Kindem
      BKY No. 06-42193

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $6.23 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee